**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

JEFFERY BOONE, :
:
    Plaintiff, :
:
v. : 1:06-CV-103 (WLS)
:
RON HANNAH and JOSH BALDREE, :
:
:
    Defendants. :
_____:

## O R D E R

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 20), filed July 31, 2007. It is recommended that Defendants' motion for summary judgment be granted. Neither Plaintiff, nor Defendants, have filed a timely objection.

    Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motion for summary judgment (Doc. No. 18) is **GRANTED**.

    SO ORDERED, this  31st  day of August, 2007.

                                                    /s/W. Louis Sands
                                                **W. Louis Sands, Judge
                                                United States District Court**